**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ANTHONY RUSSO

    Plaintiff,

v.                        CASE NO.:   0:20-cv-60436-RS

NORTH BROWARD HOSPITAL
DISTRICT d/b/a BROWARD HEALTH

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** ANTHONY RUSSO, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ANTHONY RUSSO, and Defendant, NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HEALTH have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of June, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                Respectfully submitted,

                */s/ Heather H. Jones*
                Heather H. Jones, Esq.
                Florida Bar No. 0118974
                William "Billy" Peerce Howard, Esq.
                Florida Bar No. 0103330
                THE CONSUMER PROTECTION FIRM, PLLC
                4030 Henderson Blvd.
                Tampa, FL 33629
                Telephone: (813) 500-1500, ext. 205
                Facsimile: (813) 435-2369
                Heather@TheConsumerProtectionFirm.com
                Billy@TheConsumerProtectionFirm.com
                *Attorney for Plaintiff*