UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANTHONY RUSSO,

    Plaintiff,

v.                                                                            CASE NO.:  0:20-cv-60436-RS

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HEALTH

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, ANTHONY RUSSO, and the Defendant, NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HEALTH, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| /s/ Heather H. Jones | /s/ Jesse L. Shurman |
| Heather H. Jones, Esq. | Jesse L. Sherman, Esq. |
| Florida Bar No. 0118974 | Florida Bar No.: 0112173 |
| William "Billy" Peerce Howard, Esq. | Howard L. Citron, Esq. |
| Florida Bar No. 0103330 | Florida Bar No.: 333300 |
| THE CONSUMER PROTECTION FIRM, PLLC | RISSMAN, BARRETT, HURT, |
| 4030 Henderson Blvd. | DONAHUE, McLAIN & MANGAN, P.A. |
| Tampa, FL 33629 | 6451 North Federal Highway, Suite 400 |
| Telephone: (813) 500-1500, ext. 205 | Fort Lauderdale, FL  33308 |
| Facsimile: (813) 435-2369 | Telephone: (954) 526-5480 |
| Heather@TheConsumerProtectionFirm.com | Facsimile (954) 745-7258 |
| Billy@TheConsumerProtectionFirm.com | hlc.service@rissman.com |
| *Attorney for Plaintiff* | Jls.service@rissman.com |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on July 20, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                               */s/ Heather H. Jones*
                                               Heather H. Jones, Esq.
                                               Florida Bar No. 0118974